**Order filed May 9, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-11-00231-CR

_____

### JOHN POWELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**

**Ector County, Texas**

**Trial Court Cause No. 10-4391**

### O R D E R

This appeal has been unduly stalled due to the failure of Appellant's appointed counsel, Anthony Robles, to file an appellate brief. The brief was due on December 31, 2012. We have had no further communication from counsel. More than four months have passed since the deadline, and counsel has yet to file a brief.

By this order, Anthony Robles is ORDERED to file in this court a brief on behalf of Appellant on or before **May 24, 2013**.

PER CURIAM

May 9, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.